[Nos. 23712-8-I; 24716-6-I. Division One. December 17, 1990.]

EDDIE RAINWATER, ET AL, *Respondents,* v. FIBREBOARD CORPORATION, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 85-2-08123-4, James J. Dore, J., entered January 17, 1989. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Forrest, J., Baker, J., dissenting.

[No. 9910-5-III. Division Three. December 18, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GORDON EUGENE DICKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-1-50359-1, Fred R. Staples, J., entered March 28, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 10672-1-III. Division Three. December 18, 1990.]

DONALD ANDERSON, *Respondent,* v. VALORIA LOVELAND, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 89-2-50258-8, Albert J. Yencopal, J., entered March 6, 1990. *Reversed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.